# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 22, 2013

### NO. 03-13-00504-CV

**S. P., Appellant**

**v.**

**Texas Department of Family & Protective Services, Appellee**

### APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.